THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. 12-CR-40004-JPG ) |
| MONTARICO C. JOHNSON, | ) ) |
| Defendant. | ) |

## **ORDER**

THIS MATTER is before the Court on Federal Public Defender's Motion to Withdraw (Doc. 15) and the Court having been fully advised in the premises finds that the Motion to Withdraw should be granted and new counsel appointed.

IT IS SO ORDERED.

DATED: January 30, 2012

                                               *s/J. Phil Gilbert*
                                               United States District Judge